**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JAMES HENRY GREEN,

      Plaintiff,

    v.                                     3:14-cv-261-RCJ-VPC

RENE BAKER et al.,                    **ORDER**

      Defendants.

## I. DISCUSSION

On June 16, 2014, this Court issued a screening order dismissing the complaint in its entirety with leave to amend. (ECF No. 3 at 2). The Court directed Plaintiff to file an amended complaint within 30 days of the date of entry of that order. (*Id.*). The Court informed Plaintiff that if he failed to file an amended complaint, the Court would dismiss the action without prejudice. (*Id.* at 3).

On July 21, 2014, Plaintiff filed a motion for an extension of time to file his amended complaint on or before August 8, 2014. (ECF No. 5 at 1). Plaintiff appears to have had some medical complications and seeks an extension of time. (*Id.* at 1-2). The Court grants Plaintiff's motion for an extension of time. Plaintiff shall file his amended complaint, in compliance with this Court's screening order (ECF No. 3), on or before August 8, 2014. The Court will not grant any further extensions of time with respect to the filing of the amended complaint.

///

///

///

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 5) is granted.  Plaintiff shall file the amended complaint on or before August 8, 2014.

IT IS FURTHER ORDERED that the Court will not grant any further extensions of time with respect to the filing of the amended complaint.

IT IS FURTHER ORDERED that if Plaintiff fails to file an amended complaint, this action will be dismissed without prejudice.

Dated this 1st day of August, 2014.

_____
United States District Judge