**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES HENRY GREEN, | ) |
| Plaintiff, | ) |
| v. | ) 3:14-cv-261-RCJ-VPC |
| RENE BAKER et al., | ) **ORDER** |
| Defendants. | ) |

**I.   DISCUSSION**

On June 16, 2014, this Court issued a screening order dismissing the entire complaint with leave to amend. (ECF No. 3 at 2). The Court ordered Plaintiff to file an amended complaint on or before July 17, 2014. (*Id.*). This Court informed Plaintiff that if he failed to file an amended complaint, the Court would dismiss the action without prejudice. (*Id.* at 3).

On July 21, 2014, Plaintiff filed a motion for an extension of time to file his amended complaint on or before August 8, 2014. (ECF No. 5). On August 1, 2014, this Court granted Plaintiff an extension of time to file his amended complaint on or before August 8, 2014. (ECF No. 6 at 1). This Court stated that it would "not grant any further extensions of time with respect to the filing of the amended complaint" and that if "Plaintiff fail[ed] to file an amended complaint, this action [would] be dismissed without prejudice." (*Id.*).

On August 7, 2014, Plaintiff filed a second motion for an extension of time to file his amended complaint on or before August 18, 2014. (ECF No. 7). The Court denies Plaintiff's second request for an extension of time to file his amended complaint and dismisses this case without prejudice. Plaintiff may not file anymore documents in this case. However, Plaintiff may initiate a new action by filing an application to proceed *in forma pauperis* and a complaint

with the Clerk of the Court.

## II.     CONCLUSION

For the foregoing reasons, IT IS ORDERED that the second motion for an extension of time (ECF No. 7) is DENIED.

IT IS FURTHER ORDERED that this action is dismissed without prejudice. Plaintiff shall not file anymore documents in this case.

IT IS FURTHER ORDERED that Plaintiff may initiate a new action by filing an application to proceed *in forma pauperis* and a complaint with the Clerk of the Court.

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

The Clerk of the Court shall enter judgment accordingly.

DATED: This  25th   day of August, 2014.

_____
United States District Judge

2