AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

JAMES HENRY GREEN,

      Plaintiff,    JUDGMENT IN A CIVIL CASE
V.

           CASE NUMBER: **3:14-cv-00261-RCJ-VPC**

RENE BAKER, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice.

  August 25, 2014                                    **LANCE S. WILSON**
                                                            Clerk

                                                      /s/ D. R. Morgan
                                                       Deputy Clerk