# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HENRY GREEN, | |
| Plaintiff, | |
| v. | 3:14-cv-261-RCJ-VPC |
| RENE BAKER et al., | **MINUTE ORDER** |
| Defendants. | |

On August 25, 2014, this Court entered an order denying Plaintiff's second motion for an extension of time and dismissing the case without prejudice. (ECF No. 10). The Clerk of the Court entered judgment the same day. (ECF No. 11).

The Court now vacates that order and instructs the Clerk of the Court to reopen the case. The Court grants the second motion for an extension of time and will screen Plaintiff's amended complaint filed on August 20, 2014.

Dated: This 25th day of August, 2014.

_____
United States District Judge