UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES HENRY GREEN,<br><br>   Plaintiff,<br><br>vs.<br><br>RENE BAKER et al.,<br><br>   Defendants. | 3:14-cv-00261-RCJ-VPC<br><br>**ORDER** |

  Plaintiff is a prisoner in the custody of the Nevada Department of Corrections. He sued Defendants in this Court for civil rights violations. The Complaint attempted to incorporate facts from a civil rights complaint already filed in state court. The Court dismissed with leave to amend under 28 U.S.C. § 1915A, noting that Plaintiff would have to allege the facts directly in the present case. Plaintiff has filed the Amended Complaint. The Court now dismisses with prejudice under § 1915A. A plaintiff may not harass a defendant by prosecuting the same claims against him simultaneously in multiple forums. Rather, a court should dismiss under the anti-claim-splitting doctrine any claims filed by the same party in an earlier action that would be precluded in the latter case were there a final judgment on the merits in the earlier case. *See Adams v. Cal. Dep't. of Health Servs.*, 487 F.3d 684, 688–89 (9th Cir. 2007). And to the extent

any of the claims in the state action have in fact been finally adjudicated, they are precluded from relitigation here.  The Court did not previously identify this issue when it gave leave to amend.

## CONCLUSION

IT IS HEREBY ORDERED that the Amended Complaint (ECF No. 39) is DISMISSED, without leave to amend.

IT IS FURTHER ORDERED that the Clerk shall close the case.

IT IS SO ORDERED.

Dated this 10th day of February, 2015.

_____
ROBERT C. JONES
United States District Judge